**EXHIBIT 2:** INFRINGEMENT #1



**EXHIBIT 2:** INFRINGEMENT #2



**EXHIBIT 2:** INFRINGEMENT #3



**EXHIBIT 2:** INFRINGEMENT #4



**Camden Lifestyle Magazine**
· March 15 ·

😮😲 19

👍 Like      💬 Comment      ↪ Share

Write a comment…

**EXHIBIT 2:** INFRINGEMENT #5



**EXHIBIT 2:** INFRINGEMENT #6



**EXHIBIT 2:** INFRINGEMENT #7



**EXHIBIT 2:** INFRINGEMENT #8



**EXHIBIT 2:** INFRINGEMENT# 9



Camden Lifestyle Magazine
March 15

16

Like     Comment     Share

Write a comment...

**EXHIBIT 2:** INFRINGEMENT #10



**EXHIBIT 2:** INFRINGEMENT #11



**EXHIBIT 2:** INFRINGEMENT #12



**EXHIBIT 2:** INFRINGEMENT #13



**EXHIBIT 2:** INFRINGEMENT #14



**EXHIBIT 2:** INFRINGEMENT #15



**EXHIBIT 2:** INFRINGEMENT #16



**EXHIBIT 2:** INFRINGEMENT #17



**EXHIBIT 2:** INFRINGEMENT #18



camdenlifestyle • Follow

mamihlapinatapai_80 love love love this 😊😊

14h   Reply

teebs75 Thanks for sharing! My mom and dad are Jax natives and I feel a very strong connection to that area.

13h   Reply

thehoneysucklehousega Wow! Such a great read! Heading to fb now to read the rest. Thanks so much for sharing the history of this place. I've often wondered what treasures may lurk inside. Mystery solved! 📷 📷📷📷📷

2h   Reply

140 likes

1 DAY AGO

Add a comment...                                          Post

**EXHIBIT 2:** INFRINGEMENT #19



**EXHIBIT 2:** INFRINGEMENT #20



**EXHIBIT 2:** INFRINGEMENT #21



camdenlifestyle • Follow

mamihlapinatapai_80 love love love this 😊😊

14h   Reply

teebs75 Thanks for sharing! My mom and dad are Jax natives and I feel a very strong connection to that area.

13h   Reply

thehoneysucklehousega Wow! Such a great read! Heading to fb now to read the rest. Thanks so much for sharing the history of this place. I've often wondered what treasures may lurk inside. Mystery solved! 📷📷📷📷📷

2h   Reply

140 likes

1 DAY AGO

Add a comment...                    Post