**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #1
URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #2

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #3

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #4

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #5

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #6

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #7

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #8

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #9

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #10

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #11

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #12

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #13

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #14

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #15

URL: https://www.abandonedfl.com/riverside-motel-st-marys-liquors/

