UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

David Bullit,
Plaintiff.

vs.

The Collective and Co. Media LLC,
Defendant.

Case No.: 3:21-cv-00988-MMHPDB

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

### Motion

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, The Collective and Co. Media LLC ("Collective"), respectfully moves the Court to extend the time to respond to Plaintiff's Complaint [Dkt. 1] until Monday, January 17, 2022.

### Supporting Memorandum

Federal Rule of Civil Procedure 6(b)(1) provides that a court may extend the time for a party to act for "good cause." Fed. R. Civ. P. 6(b)(1). There is good cause to extend the deadline for Collective to respond to Plaintiff's Complaint. Collective's counsel and counsel for Plaintiff have been having settlement discussions and investigating events that occurred over a year ago. The extension will provide counsel an opportunity to

1

determine salient facts and either narrow the issues in this lawsuit or reach a settlement. The extension will have little impact on other deadlines, because the Court has not yet held a scheduling conference. This motion is filed in good faith and not for any improper purpose or undue delay.

Counsel for Plaintiff consented to this motion in an email (Exhibit 1) dated Friday, December 3, 2021.

## Local Rule 3.01(g) Certification

Pursuant to L.R. 3.01(g), counsel for Defendant, The Collective and Co. Media LLC, certifies that he conferred with Plaintiff's counsel by telephone on December 3, 2021, and Plaintiff does not oppose this motion.

Dated:     December 3, 2021          Respectfully submitted,

s/____Mark J. Young_____
Mark J. Young
Trial Counsel
Fla. Bar No. 0078158
myoungpa@gmail.com,
myoung@myoungpa.com

MARK YOUNG, P.A.
1638 Camden Avenue
Jacksonville, FL 32207
Tel.: 904-996-8099

Attorney for The Collective and Co. Media LLC

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the date set forth below, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

Dated:     December 3, 2021     s/____Mark J. Young_____
                                                            Mark J. Young
                                                            Fla. Bar No. 0078158
                                                            MARK YOUNG, P.A.
                                                            1638 Camden Avenue
                                                            Jacksonville, FL 32207
                                                            Tel.: 904-996-8099