**Subject:** RE: Fw: David Bulit v. The Collective and Co. Media, LLC, in the United States District Court for the Middle District of Florida, Civil Action No: 3:21-cv-988-MMH-PDB - Fed.R.Evid. 408 Confidential Settlement Communication.
**From:** Renee Aragona <RAragona@sanderslaw.group>
**Date:** 12/3/2021, 3:35 PM
**To:** Mark Young <myoung@myoungpa.com>
**CC:** "Craig Sanders (SLG)" <csanders@sanderslaw.group>

Mark,

I confirm we do not oppose the further extension. And thank you for the clarification below. I will look into the information you provided including the Amelia Island page and get back to you.

Best,
Renee J. Aragona, Esq.
**SANDERS LAW GROUP**
100 Garden City Plaza | Fifth Floor | Garden City, NY 11530
Phone: 516.203.7600 ext. 3232 | Fax 516.282.7878
email: raragona@sanderslaw.group

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.